```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 07168
   DOSSIE WARE
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7533
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/25/08 and confirmed on 08/15/08.

   2.  The case was dismissed after confirmation, 01/16/2009.

   3.  The Debtor paid a total of $   1380.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | .00 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |

      Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   3500.00
and was paid $    100.00   direct and $   1299.96   through the plan.

The Trustee received $     80.04 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                                    PAGE   2
     CASE NO. 08 B 07168 DOSSIE WARE
```